*E-Filed 4/21/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY PICHLER, | Case No. 5:09 CV 1687 RS |
| Plaintiff, | |
| | ORDER OF DISMISSAL |
| v. | |
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., and Does 1 to 10, inclusive, | |
| Defendants. | |

THIS MATTER is before the Court on the parties' stipulated dismissal of the above-captioned matter.  In accordance with Federal Rule of Civil Procedure 41(a)(1), it is hereby ordered that this matter is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

DATED:    4/21/09

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER OF DISMISSAL
Case No. 5:09 CV 1687